## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY BEANEY, )<br><br>Plaintiff )<br><br>v. )<br><br>UNIVERSITY OF MAINE SYSTEM, )<br>JAMES G. PAGE, and )<br>DAVID T. FLANAGAN )<br><br>Defendants ) | Civil No.: |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendants University of Maine System, James G. Page, and David T. Flanagan (collectively referred to as "the Defendants") hereby give notice of the removal to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and Rule 81(c) of the Federal Rules of Civil Procedure, of the above-captioned matter now pending in the Maine Superior Court, Cumberland County, Docket No. CV-16-375 (the "Action"). As grounds for removal, the Defendants state:

1. Plaintiff Jeffrey Beaney ("Plaintiff") commenced this suit, which alleges federal and state law violations, by filing a Complaint in the Superior Court, Cumberland County, on or about September 26, 2016 (the "Complaint").

2. On September 29, 2016, Defendants accepted service of the Complaint

3. On or about October 5, 2016 Plaintiff filed an Amended Complaint. A copy of the original Complaint, Amended Complaint, Acceptance of Service, and Defendants' Answer is attached hereto as ***Exhibit A***.

4. In Count I, paragraphs 23-27 of the Amended Complaint, Plaintiff alleges that

Defendants deprived Plaintiff of her constitutional rights and asserts a right to relief pursuant to 42 U.S.C. § 1983.

5. Under 28 U.S.C. § 1331, this Court has original jurisdiction over this matter, it being an action which asserts a federal question and claims under 42 U.S.C.§ 1983.

6. This Court having federal question jurisdiction in this matter under 28 U.S.C. § 1331, Defendants may remove this action, pursuant to 28 U.S.C. §§ 1441(a) and 1441(c), by giving notice thereof to all adverse parties and by filing a copy of this Notice with the Clerk of Court for the Maine Superior Court, Cumberland County.

7. This Notice is timely, it being filed within the thirty (30) days required under 28 U.S.C. §1446(b), after Defendants accepted service of the Complaint or initial pleading on September 29, 2016.

8. Pursuant to 28 U.S.C. §1446(d), Defendants this same day are filing a copy of this Notice of Removal with the Maine Superior Court, Cumberland County, and sending a copy to counsel for the Plaintiff.

**WHEREFORE,** Defendants request that the action now pending against it in the Maine Superior Court, Cumberland County, CV-16-375, be removed to the United States District Court for the District of Maine.

Dated:  October 26, 2016.

*/s/ Patricia A. Peard*
Patricia A. Peard
Attorney for Defendants, University of Maine
System, James G. Page, and David T. Flanagan
ppeard@bernsteinshur.com
BERNSTEIN SHUR
100 Middle Street, PO Box 9729
Portland, ME 04104-5029
(207) 774-1200

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document, *Defendants' Notice of Removal*, with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record.


Dated:  October 26, 2016.  */s/ Patricia A. Peard*
Patricia A. Peard
Attorney for Defendants, University of Maine
System, James G. Page, and David T. Flanagan
ppeard@bernsteinshur.com
BERNSTEIN SHUR
100 Middle Street, PO Box 9729
Portland, ME 04104-5029
(207) 774-1200